**Dismiss and Opinion Filed March 10, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00860-CV

## DBS BUSINESS SERVICE SOLUTIONS, LLC D/B/A DBS MANAGED IT SERVICES, Appellant
## V.
## MOTHERS AGAINST DRUNK DRIVING, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-00315-2019

## MEMORANDUM OPINION
Before Justices Schenck, Smith, and Garcia
Opinion by Justice Schenck

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated September 30, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 30, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. On December 8, 2020, we sent appellant a second notice

regarding the overdue filing fee and directed appellant to pay the fee within ten days. By letter dated January 19, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

200860F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DBS BUSINESS SERVICE
SOLUTIONS, LLC D/B/A DBS
MANAGED IT SERVICES,
Appellant

No. 05-20-00860-CV  V.

MOTHERS AGAINST DRUNK
DRIVING, Appellee

On Appeal from the 366th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 366-00315-
2019.
Opinion delivered by Justice
Schenck. Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MOTHERS AGAINST DRUNK DRIVING recover its costs of this appeal from appellant DBS BUSINESS SERVICE SOLUTIONS, LLC D/B/A DBS MANAGED IT SERVICES.

Judgment entered this 10th day of March, 2021.